ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Allard Nazarian Group, Inc. dba Granite State Manufacturing | ) ) | ASBCA Nos. 62413, 62414 |
| | ) | |
| Under Contract Nos. N65540-00-D-0005 | ) | |
| N65540-00-D-0045 | ) | |
| N65540-04-D-0020 | ) | |

APPEARANCES FOR THE APPELLANT:     C. Peter Dungan, Esq.
Roger V. Abbott, Esq.
  Miles & Stockbridge P.C.
  Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
DCMA Chief Trial Attorney
Debra E. Berg, Esq.
Evan Georgopoulos, Esq.
  Trial Attorneys
  Defense Contract Management Agency
  Hanscom AFB, MA

## ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not fully consummated. Any request to reinstate the subject appeals must be filed no later than July 31, 2025.

Dated: June 12, 2024

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62413, 62414, Appeals of Allard Nazarian Group, Inc. dba Granite State Manufacturing, rendered in conformance with the Board's Charter.

Dated:  June 12, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals